Robert Hamilton, OSB # 012730
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Email: robert_hamilton@fd.org

Attorney for Defendant

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00229-SI-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| OSCAR PETERS, | |
| Defendant. | |

Oscar Peters will appear before this Court on June 4, 2025, for sentencing upon his plea of guilty to Count Five of Wire Fraud, in violation of Title 21, U.S.C. § 1343. For the reasons outlined in other sentencing materials before the Court, the defense joins the Government and the Probation Office and recommends that the Court sentence Mr. Peters' to 37 months imprisonment followed by three years of supervised release

Dated: May 28, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ Robert Hamilton
　　　　　　　　　　　　　　　　　　　　Robert Hamilton, OSB #012730

Page 1   DEFENDANT'S SENTENCING MEMORANDUM